UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MICHAEL EUGENE CARDOT | ) | No. 15-81704 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on July 21, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Michael Eugene Cardot
1231 W. 6th Street
Sterling, IL 61081

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

N.A. Chase Bank USA
Attn: Correspondence Dept.
Box 15298
Wilmington, DE 19850

VIA ECF FILING
Gary Flanders, Esq.
One Court Place, Suite 201
Rockford, IL 61101

N.A. Chase Bank USA
P.O. Box 15298
Wilmington, DE 19850

Cornerstone Credit Union
550 W. Meadows Drive
Freeport, IL 61032

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com

\\EGBLC2\TMDocs\3\150754\FORM\NFR notice1054.docx