UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MICHAEL EUGENE CARDOT | ) | No. 15-81704 |
| | ) | |
| Debtor. | ) | Judge Thomas M. Lynch |

## CERTIFICATE OF MAILING

I, the undersigned, on oath state that on September 12, 2016, I personally mailed the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on the persons listed below.

Michael Eugene Cardot
1231 W. 6th Street
Sterling, IL 61081-3127

VIA ECF Filing
Carole Ryczek, Esq.
United States Trustee's Office
780 Regent Street, Suite 304
Madison, WI 53715

N.A. Chase Bank USA
Attn: Corres Dept.
P.O. Box 15298
Wilmington, DE 19850

VIA ECF FILING
Gary C. Flanders, Esq.
1 Courtn Place, Suite 201
Rockford, IL 61101-1088

Cornerstone C.U.
550 W. Meadows Drive
Freeport, IL 61032

N.A. Chase Bank USA
P.O. Box 15145
Wilmington, DE 19850

/s/ Katherine M. Elliott

Megan G. Heeg
Ehrmann Gehlbach Badger Lee & Considine, LLC
215 E. First Street, Suite 100
P.O. Box 447
Dixon, IL 61021
(815) 288-4949
(815) 288-3068 FAX
heeg@egblc.com