# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: CARDOT, MICHAEL EUGENE § Case No. 15-81704
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $139,900.00        Assets Exempt: $81,475.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,036.68    Claims Discharged
                                                Without Payment: $10,578.98

Total Expenses of Administration: $10,525.09

3) Total gross receipts of $ 34,561.77 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $34,561.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $59,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,525.09 | 10,525.09 | 10,525.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 34,096.00 | 34,615.66 | 34,615.66 | 24,036.68 |
| **TOTAL DISBURSEMENTS** | $93,096.00 | $45,140.75 | $45,140.75 | $34,561.77 |

4) This case was originally filed under Chapter 7 on June 30, 2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2016        By: /s/MEGAN G. HEEG
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Beneficial Int. in IRA held by Members Alliance | 1210-000 | 34,561.77 |
| **TOTAL GROSS RECEIPTS** | | **$34,561.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bankers Bank | 4110-000 | 59,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$59,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 4,206.18 | 4,206.18 | 4,206.18 |
| MEGAN G. HEEG | 2200-000 | N/A | 15.51 | 15.51 | 15.51 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,156.41 | 2,156.41 | 2,156.41 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 26.32 | 26.32 | 26.32 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 556.00 | 556.00 | 556.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-000 | N/A | 24.78 | 24.78 | 24.78 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 54.49 | 54.49 | 54.49 |
| Department of Treasury | 2810-000 | N/A | 3,180.00 | 3,180.00 | 3,180.00 |
| Rabobank, N.A. | 2600-000 | N/A | 47.81 | 47.81 | 47.81 |
| Rabobank, N.A. | 2600-000 | N/A | 43.33 | 43.33 | 43.33 |
| Rabobank, N.A. | 2600-000 | N/A | 49.25 | 49.25 | 49.25 |
| Internal Revenue Service | 2810-000 | N/A | 243.59 | 243.59 | 243.59 |
| US Treasury | 2810-000 | N/A | -78.58 | -78.58 | -78.58 |
| Internal Revenue Service | 2810-002 | N/A | -78.58 | -78.58 | -78.58 |
| Internal Revenue Service | 2810-002 | N/A | 78.58 | 78.58 | 78.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,525.09 | $10,525.09 | $10,525.09 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cornerstone C.U. | 7200-000 | 7,600.00 | 7,830.77 | 7,830.77 | 5,437.59 |
| 2 | Chase Bank USA, N.A. | 7200-000 | 11,630.00 | 11,883.52 | 11,883.52 | 8,251.77 |
| 3 | Chase Bank USA, N.A. | 7200-000 | 14,866.00 | 14,901.37 | 14,901.37 | 10,347.32 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,096.00 | $34,615.66 | $34,615.66 | $24,036.68 |

**UST Form 101-7-TDR (10/1/2010)**

Case 15-81704 Doc 49 Filed 01/05/17 Entered 01/05/17 14:59:36 Desc Main
Document Page 5 of 8

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-81704  
**Case Name:** CARDOT, MICHAEL EUGENE  

**Period Ending:** 12/13/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/30/15 (f)  
**§341(a) Meeting Date:** 08/14/15  
**Claims Bar Date:** 03/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | single family residence located at 1231 W. 6th,<br>Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | checking Forreston State Bank<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking Community State Bank<br>Imported from original petition Doc# 1 | 500.00 | 400.00 | | 0.00 | FA |
| 5 | savings Connerstone Credit Union<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | bed, dresser, loveseat, tv, dvd player, stereo,<br>Imported from original petition Doc# 1 | 2,000.00 | 500.00 | | 0.00 | FA |
| 7 | dvds and cds with estimated retail value of $40.<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 8 | clothing with estimated retail value of $500.00<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 9 | jewelry with estimated retail value of $200.00<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 10 | 5 firearms with estimated retail value of $3000.<br>Imported from original petition Doc# 1 | 1,500.00 | 1,100.00 | | 0.00 | FA |
| 11 | fishing tackle with estimated retail value of $8<br>Imported from original petition Doc# 1 | 400.00 | 400.00 | | 0.00 | FA |
| 12 | camera with estimated retail value of $400.00<br>Imported from original petition Doc# 1 | 300.00 | 300.00 | | 0.00 | FA |
| 13 | exercise equipment with estimated retail value o<br>Imported from original petition Doc# 1 | 25.00 | 25.00 | | 0.00 | FA |
| 14 | camping gear with estimated retail value of $200<br>Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 15 | Life insurance through Provident (son is benefic<br>Imported from original petition Doc# 1 | 780.00 | 780.00 | | 0.00 | FA |
| 16 | Life insurance through Provident upon life of De<br>Imported from original petition Doc# 1 | 85.00 | 85.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81704  
**Case Name:** CARDOT, MICHAEL EUGENE  

**Period Ending:** 12/13/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 06/30/15 (f)  
**§341(a) Meeting Date:** 08/14/15  
**Claims Bar Date:** 03/08/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 401(k)<br>Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |
| 18 | IRA<br>Imported from original petition Doc# 1 | 48,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2002 Ford Ranger 4x4 dealer retail value $3000.0<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2001 Hyundai Tiburon dealer retial value $1500.0<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 21 | Utility Trailer with estimated retail value of $<br>Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 22 | 16' Lowe Roughneck boat w/40 H.P.motor and trail<br>Imported from original petition Doc# 1 | 5,000.00 | 3,660.00 | | 0.00 | FA |
| 23 | 2 dogs<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | hand and power tools with estimated retail value<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 25 | lawn mower with estimated retail value of $400.0<br>Imported from original petition Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 26 | snow blower with estimated retail value of $50.0<br>Imported from original petition Doc# 1 | 25.00 | 25.00 | | 0.00 | FA |
| 27 | Beneficial Int. in IRA held by Members Alliance (u) | 0.00 | 34,561.77 | | 34,561.77 | FA |
| 27 | **Assets Totals** (Excluding unknown values) | **$139,900.00** | **$43,386.77** | | **$34,561.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** July 30, 2016  **Current Projected Date Of Final Report (TFR):** September 8, 2016 (Actual)

Printed: 12/13/2016 12:06 PM  V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-81704 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CARDOT, MICHAEL EUGENE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5366 - Checking Account |
| Taxpayer ID #: | **-***3093 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/13/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/11/16 | {27} | Members Alliance Credit Union | Inherited IRA of Debtor | 1210-000 | 34,561.77 | | 34,561.77 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.78 | 34,536.99 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.49 | 34,482.50 |
| 04/25/16 | 101 | Department of Treasury | income taxes for period ending 3/31/2016 | 2810-000 | | 3,180.00 | 31,302.50 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.81 | 31,254.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.33 | 31,211.36 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.25 | 31,162.11 |
| 08/01/16 | 102 | Internal Revenue Service | late fees and penalties | 2810-000 | | 243.59 | 30,918.52 |
| 09/02/16 | | US Treasury | refund of taxes | 2810-000 | | -78.58 | 30,997.10 |
| 09/09/16 | | Internal Revenue Service | | 2810-002 | | -78.58 | 31,075.68 |
| 09/09/16 | | Internal Revenue Service | Reversed Deposit 100003 1 | 2810-002 | | 78.58 | 30,997.10 |
| 10/07/16 | 103 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $556.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 556.00 | 30,441.10 |
| 10/07/16 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,156.41, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,156.41 | 28,284.69 |
| 10/07/16 | 105 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $26.32, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 26.32 | 28,258.37 |
| 10/07/16 | 106 | Cornerstone C.U. | Dividend paid  69.43% on $7,830.77; Claim# 1; Filed: $7,830.77; Reference: | 7200-000 | | 5,437.59 | 22,820.78 |
| 10/07/16 | 107 | Chase Bank USA, N.A. | Dividend paid  69.43% on $11,883.52; Claim# 2; Filed: $11,883.52; Reference: | 7200-000 | | 8,251.77 | 14,569.01 |
| 10/07/16 | 108 | Chase Bank USA, N.A. | Dividend paid  69.43% on $14,901.37; Claim# 3; Filed: $14,901.37; Reference: | 7200-000 | | 10,347.32 | 4,221.69 |
| 10/07/16 | 109 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 4,221.69 | 0.00 |
| | | | Dividend paid 100.00%    4,206.18 on $4,206.18;  Claim# ; Filed: $4,206.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    15.51 on $15.51;  Claim# ; Filed: $15.51 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 34,561.77 | 34,561.77 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 34,561.77 | 34,561.77 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $34,561.77 | $34,561.77 | |

{} Asset reference(s)                                                                                                      Printed: 12/13/2016 12:06 PM    V.13.28

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 15-81704 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** CARDOT, MICHAEL EUGENE | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******5366 - Checking Account |
| **Taxpayer ID #:** **-***3093 | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** 12/13/16 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******5366** | | 34,561.77 | 34,561.77 | 0.00 |
| | | $34,561.77 | $34,561.77 | $0.00 |

{} Asset reference(s)

Printed: 12/13/2016 12:06 PM    V.13.28